IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID LIN,<br><br>  Defendant. | Case No. CR-01-20071 RMW (PVT)<br><br>ORDER COMPELLING STF PRODUCTIONS, INC. TO PRODUCE VIDEOTAPES AND TRANSCRIPTS |

The court ordered STF Productions, Inc. ("STF"), the company responsible for producing the television news program *America's Most Wanted: America Fights Back ("America's Most Wanted")*, to produce "all transcripts of all interviews, and any versions of interviews on video or audio tape, with Postal Inspector Stephanie Smith, former Assistant United States Attorney David Shapiro, and any other person in the United States Attorney's Office, the United States Attorney General's Office, the United States Postal Inspector's Office, or any other representative of the United States government" ("Category E Documents") ("STF Production Order").  The court found that the Category E documents were not confidential and that an *in camera* review was not necessary. However, in its footnote 7 the court nevertheless indicated that STF could "present to the court material it believes merits further review based on the sensitivity of such information." (STF Production Order).  STF submitted such materials for *in camera* review on the bases that (1)

1 | contrary to the court's conclusion in its STF Production Order some of the Category E Documents
2 | are confidential and sensitive and (2) the documents are not relevant to defendant's case.
3 |     The court has reviewed the documents *in camera* and found nothing that merits changing its
4 | STF Production Order.  The court will make the Category E documents available to the parties on or
5 | after October 6, 2006, unless STF Productions, Inc. has obtained a stay of the court's order from the
6 | Ninth Circuit of Appeals by that time.

DATED:   9/22/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1 | Copy of order mailed on ___9/22/06___ to:

2 | Thomas R. Burke
Rochelle L. Wilcox
3 | Davis Wright Tremaine LLP
One Embarcadero Center, Suite 600
4 | San Francisco, CA 94111-3611

5 |         Counsel for third-party STF Productions, Inc.

6 | Barry J. Portman
Federal Public Defender
7 | Daniel P. Blank
Angela M. Hansen
8 | Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
9 | San Jose, CA 95113

10 |         Counsel for Defendant David Lin

11 | Kevin V. Ryan
United States Attorney
12 | Jane Shoemaker
Gary Fry
13 | Assistant United States Attorneys
150 Almaden Blvd. Suite 900
14 | San Jose, CA 95113

ORDER COMPELLING STF PRODUCTIONS, INC. TO PRODUCE VIDEOTAPES AND TRANSCRIPTS
Case No. CR-01-20071