IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DAVID LIN,<br><br>           Defendant. | *E-FILED - 1/5/07*<br><br>NO. CR-01-20071-RMW<br><br>ORDERS DENYING MOTIONS TO EXCLUDE EVIDENCE OF POSSESSION OF PAGE OF POLICE REPORT AND ABC RESTAURANT RECEIPT<br><br>[Docket Nos. 780 and 787] |

Defendant David Lin moves to exclude evidence of his possession of a page from a police report documenting Chang's arrest on March 6, 2000 for stalking and making terrorist threats against Wendy Hsu and for being under the influence of a controlled substance. The report reflected Wendy Hsu's statement that Chang yelled that her "family is going to die" and that her "brother is next." On October 20, 2000 Chang was sentenced after having pled *nolo contendere*.

On October 20, 2000 Chang and his attorney, Michael Paez, had lunch at the ABC Seafood Restaurant with David Lin. Chang apparently had invited Lin to introduce him to Paez as potential

1  counsel for Lin who was facing some credit card fraud charges.  Paez learned that Lin was already
2  represented and told Lin he would not discuss the fraud case with him.  Lin stayed for the lunch.
3         The page from the police report was found when Lin's residence was searched on April 20,
4  2001.  Also found in the search was a blank, undated ABC Seafood Restaurant stub with the Hsus'
5  family address and phone number printed on it in what has been identified as Chang's handwriting.
6  The police report has an ink obliteration on it that has been identified as having the same ink
7  pigment as the handwriting on the restaurant stub.  The government submits that a logical inference
8  is that Lin got the documents from Chang at the luncheon and that Lin became involved in the
9  events leading to Patrick Hsu's death.  The bomb was mailed on January 12, 2001 and detonated on
10 February 10, 2001.
11        The defense argues that the evidence is not relevant and presents an unreasonable danger of
12 prejudice because there is no evidence as to when Lin obtained or read the documents.  Defendant
13 also contends that credit card statements found in the search show that Lin's credit card was used at
14 the ABC seafood Restaurant on December 13, 1998, June 8,1999, December 11, 2000 and
15 December 25, 2000.  Therefore, the defense submits that absent a link showing that Lin obtained and
16 read the police report before the mailing of the bomb, the evidence has minimal probative value as
17 Lin may have gotten the undated restaurant stub when Wendy Hsu and Chang were getting along or
18 may not have gotten it or the page from the police report until after the detonation of the bomb.  The
19 defense also points out that the government does not contest that the ink on the police report and that
20 used in writing the address and phone number on the stub, although identical in pigment, did not
21 necessarily come from the same pen.
22        The government's evidence allows for more than mere speculation.  The combination of
23 circumstances suggest that Chang may have given the stub with the Hsus' address and phone number
24 and the page from the police report to Lin before the date the bomb was mailed.  The evidence thus
25 may be considered as tending to show that Chang told Lin about his anger toward Wendy
26 Hsu—most likely on October 20, 2000—and provided Lin with the Hsus' address and phone number
27 before the bomb was mailed.  The defense has reasonable arguments as to why such inferences
28

ORDERS ON MOTIONS TO EXCLUDE EVIDENCE OF POSSESSION OF PAGE OF POLICE REPORT AND ABC RESTAURANT
RECEIPT
NO.  CR-01-20071-RMW

should not be drawn. However, the issue is one of weight and not of admissibility.

Since the proffered evidence has probative value and that value is not substantially outweighed by the danger of unfair prejudice, the motions to exclude are denied.

Dated: 1/4/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDERS ON MOTIONS TO EXCLUDE EVIDENCE OF POSSESSION OF PAGE OF POLICE REPORT AND ABC RESTAURANT RECEIPT
NO. CR-01-20071-RMW

3

1

2  Copy of Order mailed on  1/5/07  to:

3

4  Jane Shoemaker
   Gary Fry
5  Assistant U.S. Attorney
   150 Almaden Blvd. Suite 900
6  San Jose, CA 95113

7         Attorneys for Plaintiff

8

9  Daniel Paul Blank
   Assistant Public Defender
10 Federal Public Defender's Office
   450 Golden Gate Ave., 19th Floor
11 San Francisco, CA 94102

12 Angela M. Hansen
   Assistant Public Defender
13 160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
14
          Attorneys for Defendant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDERS ON MOTIONS TO EXCLUDE EVIDENCE OF POSSESSION OF PAGE OF POLICE REPORT AND ABC RESTAURANT RECEIPT
NO.  CR-01-20071-RMW

4