IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>DAVID LIN,<br><br>               Defendant. | ***E-FILED - 1-12-07***<br><br>Case No. CR-01-20071 RMW (PVT)<br><br>ORDER ON MOTION TO ADMIT EVIDENCE OF CHANG'S TRUCK BOMBING<br><br>[Docket # 845] |

Defendant David Lin moves for an order allowing him to introduce evidence that Anthony Chang "firebombed" his Toyota truck in the Las Vegas desert in early 2000. Defendant's theory is that the evidence is admissible to show Chang's preparation and planning related to the bombing of Patrick Hsu. Defendant also claims that the evidence is admissible because it is inextricably intertwined with the acts charged against him and Chang. The court has read the papers and heard the arguments of counsel. The motion is denied.

There is no evidence that Chang set his truck on fire (he did not use a firebomb or explosive) as practice for anything related to the charged offenses. There is no evidence that he was practicing methods of destruction or doing anything other than trying to avoid payments on the truck and defraud his insurance company into paying for the loss of the truck.

Defendant argues that Chang persuaded Daniel Cubici to accompany him to the desert so he

could deliver his truck somewhere and get a ride back without telling Cubici that he was going to burn the truck. Since Cubici was not aware ahead of time as to what Chang was going to do, defendant argues that this fact in someway supports the defendant's lack of knowledge of the bomb in the package he mailed for Chang. The court finds this argument without merit.

DATED: 1/9/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Copy of order mailed on **1/12/07** to:

Barry J. Portman
Federal Public Defender
Daniel P. Blank
Angela M. Hansen
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

    Counsel for Defendant David Lin

Kevin V. Ryan
United States Attorney
Jane Shoemaker
Gary Fry
Assistant United States Attorneys
150 Almaden Blvd. Suite 900
San Jose, CA 95113

    Counsel for Plaintiff United States